**UNPUPLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7946

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RAYMOND JOSEPH, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:04-cr-00360-HEH)

Submitted:  March 29, 2007          Decided:  April 5, 2007

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Raymond Joseph, Jr., Appellant Pro Se.  Elizabeth Catherine Wu, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Joseph, Jr. appeals the district court's order denying his "Motion for Modification of Presentence Report," made over one year after he was sentenced for distribution of cocaine. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Joseph, No. 3:04-cr-00360-HEH (E.D. Va. Nov. 2, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED